# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Austin Meyer, | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No. 3:19-00173-JMC |
| Henry McMaster, *in his official capacity as Governor*; Mark Hammond, *in his official capacity as Secretary of State*; and Alan Wilson, *in his official capacity as Attorney General*, | |
| *Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff shall take nothing of the defendants and the Plaintiff's complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted the defendants' motions to dismiss.

Date: June 6, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*